UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Troy King, | : |
| Plaintiff, | : Civil Action No.: 1:11-cv-04205 (ERK)(JO) |
| v. | : |
| Wescom Central Credit Union and Experian Credit Bureau, | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Troy King and Defendant Experian Information Solutions, Inc. ("Experian," erroneously sued as "Experian Credit Bureau") (together the "Parties") have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the Parties is an infant or incompetent person; and

WHEREAS, the Parties wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Experian with prejudice and without costs to any party.

| | |
|---|---|
| Troy King | Experian Information Solutions, Inc. |
| Stephen Taylor, Esq. (ST2743) | Rajeev Muttreja, Esq. (RM3368) |
| LEMBERG & ASSOCIATES | JONES DAY |
| 1100 Summer Street, 3rd Floor | 222 East 41st Street |
| Stamford, CT  06905 | New York, NY 10017 |
| Tel: (203) 653-2250 ext. 5502 | Tel:  (212) 326-8367 |
| Fax: (203) 653-3424 | Fax:  (212) 755-7306 |
| Email: staylor@lemberglaw.com | Email:  rmuttreja@jonesday.com |
| Attorney for Plaintiff | Attorney for Defendant Experian Information Solutions, Inc. |

_____

SO ORDERED

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system (ECF) and that the document is available on ECF.

By:  /s/ Stephen Taylor
Stephen Taylor