UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

So ordered.
s/Edward R. Korman
USDJ
5/30/12

Troy King,

        Plaintiff,

v.

Wescom Central Credit Union and Experian Credit Bureau,

        Defendants.

Civil Action No.: 1:11-cv-04205 (ERK)(JO)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 3 1 2012 ★

BROOKLYN OFFICE

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Troy King and Defendant Experian Information Solutions, Inc. ("Experian," erroneously sued as "Experian Credit Bureau") (together the "Parties") have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the Parties is an infant or incompetent person; and

WHEREAS, the Parties wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Experian with prejudice and without costs to any party.

Troy King

Stephen Taylor, Esq. (ST2743)
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Tel: (203) 653-2250 ext. 5502
Fax: (203) 653-3424
Email: staylor@lemberglaw.com
Attorney for Plaintiff

Experian Information Solutions, Inc.

Rajeev Muttreja, Esq. (RM3368)
JONES DAY
222 East 41st Street
New York, NY 10017
Tel: (212) 326-8367
Fax: (212) 755-7306
Email: rmuttreja@jonesday.com
Attorney for Defendant Experian Information Solutions, Inc.

1